IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANIEL J. COYLE,

      Appellant,

v.

                                  Case No.  5D22-80
                                  LT Case No. 2009-CF-039657-AX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 23, 2022

3.850 Appeal from the Circuit Court
for Brevard County,
Stephen G. Henderson, Judge.

Jason T. Forman , of Law Offices of
Jason T. Forman, P.A., Fort Lauderdale,
for Appellant.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.